**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge David L. West**

**Criminal No. 10-MJ-00112-DLW**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**vs.**

**1. SERVANDO VARGAS-MONTES,**

**Defendant.**

---

**MINUTE ORDER**

---

**ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST**

Due to a scheduling conflict for the Interpreter,

**IT IS HEREBY ORDERED** that the Arraignment and Discovery Conference Hearing previously scheduled for April 20, 2010 at 3:00 p.m. is **VACATED**.

**IT IS HEREBY ORDERED** that the Arraignment and Discovery Conference Hearing is **RESCHEDULED** for April 21, 2010 at 8:00 a.m.

**DATED: April 19, 2010**

        **BY THE COURT:**


        **s/David L. West**
        **United States Magistrate Judge**