IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Criminal Case No. 10-cr-00201-LTB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.     SERVANDO VARGAS-MONTES,

       Defendant.

___

## MINUTE ORDER
___

BY ORDER OF JUDGE LEWIS T. BABCOCK

     This will confirm that a status/scheduling hearing regarding Defendant Vargas-Montes is set **Thursday, May 20, 2010 at 9:00 a.m.** in Courtroom C401, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado. Defendant must be present. An interpreter is required.

Dated: April 28, 2010