**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Criminal Case No. 10-cr-00201-LTB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.       SERVANDO VARGAS-MONTES,

       Defendant.

---

## MINUTE ORDER
---

BY ORDER OF JUDGE LEWIS T. BABCOCK

      This will confirm that pursuant to Defendant's Notice of Disposition (Doc18 - filed May 19, 2010), a change of plea hearing regarding Defendant Vargas-Montes is set **Friday, June 18, 2010 at 9:00 a.m.** in Courtroom C401, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado. Defendant must be present. An interpreter is required.

Dated: May 21, 2010